Case 2:07-cv-01379-FCD-JFM    Document 4    Filed 07/25/2007    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN L. DECKER,

        Plaintiff,                  No. CIV S-07-1379 FCD JFM P

    vs.

DEPUTY YSLAS, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, an inmate in the Sacramento County Jail proceeding pro se,[1] has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.[2] Also, plaintiff has not filed a certified copy of his trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy of his trust account statement in support of his application.

        Finally, plaintiff states "any additional information would be on the original grievance form held by Lt. Maples at Sac. Main Jail . . . Medical records can be obtain[ed] at

---

[1] It is unclear from plaintiff's complaint whether he is a pretrial detainee.

[2] Plaintiff has handwritten on the form "Fee Waiver Please." Plaintiff is advised that pursuant to 28 U.S.C. § 1915, plaintiff must pay the full filing fee even if he is granted in forma pauperis status. 28 U.S.C. § 1915(b)(1). Partial payments will be assessed against plaintiff's inmate trust account. Id.

1

Dockets.Justia.com

1   U.C.D. Hospital. . . .Also, can you send me a copy of everything I'm sending and any and all

2   papers pertaining to this case." (Complaint at 4.)

3          Plaintiff is advised that the court does not gather information or documents on

4   behalf of litigants. Moreover, the Clerks's Office does not provide copies of documents to

5   parties. Copies of documents may be obtained from Attorney's Diversified Services (ADS): 1424

6   21st Street, Sacramento, CA 95814. Their phone number is 916-441-4396. The court will

7   provide copies of the docket sheet at $0.50 per page. Checks in the exact amount are made

8   payable to "Clerk, USDC." Plaintiff is advised that being granted in forma pauperis status does

9   not include the cost of copies.

10          In accordance with the above, IT IS HEREBY ORDERED that:

11          1. Plaintiff shall submit, within thirty days from the date of this order, a

12   completed affidavit in support of his request to proceed in forma pauperis on the form provided

13   by the Clerk of Court;

14          2. The Clerk of the Court is directed to send plaintiff a new Application to

15   Proceed In Forma Pauperis By a Prisoner; and

16          3. Plaintiff shall submit, within thirty days from the date of this order, a certified

17   copy of his trust account statement for the six month period immediately preceding the filing of

18   the complaint. Plaintiff's failure to comply with this order will result in a recommendation that

19   this action be dismissed without prejudice.

20   DATED: July 24, 2007.

21

22

UNITED STATES MAGISTRATE JUDGE

23

24   /mp/001; deck1379.3c+new

25

26

2