IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN L. DECKER,

    Plaintiff,                              No. CIV S-07-1379 FCD JFM P

    vs.

DEPUTY YSLAS, et al.,

    Defendants.                         ORDER

_____/

        Plaintiff has requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of July 25, 2007.  Plaintiff states he was transferred to D.V.I. after he sent the form to the County Jail records/cashier; thus he needs another form for completion at his current prison.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 14, 2007 request for an extension of time is granted.

        2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

        3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Auperis By a Prisoner.

DATED: August 20, 2007.

                                                  UNITED STATES MAGISTRATE JUDGE

/mp;001; deck1379.36