IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN L. DECKER,

      Plaintiff,                      No. CIV S-07-1379 FCD JFM P

     vs.

BRONZON YSLAS,

      Defendant.                <u>ORDER AND ORDER TO SHOW CAUSE</u>

_____/

       By an order filed October 24, 2007, this court directed the United States Marshal to serve all process without prepayment of costs. On December 3, 2007, the Marshal returned the waiver of service of summons form signed by defendant Bronzon Yslas. Defendant Yslas, although properly served,[1] has not yet filed a responsive pleading. Accordingly, IT IS HEREBY ORDERED that:

       1. Defendant Yslas show cause, within twenty days from the date of this order, why default should not be entered;

/////

---

[1] Court records indicate that defendant accepted service on November 22, 2007. The waiver form advised defendant Yslas that "a judgment may be entered against [him] . . . if an answer or motion under Rule 12 is not filed within the U.S. District Court and served upon plaintiff within 60 days after 11/14/2007." (Docket No. 19 at 1.)

1

2. The Clerk of the Court shall forward a copy of this order to defendant as follows:

> Deputy Bronzon Yslas
> Sacramento County Sheriff's Dept.
> Sacramento Main Jail
> 615 I Street
> Sacramento, California  95814

3. The Clerk of the Court is directed to serve a copy of this order on Jennifer Neill, Supervising Deputy Attorney General.

DATED:  February 6, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; deck1379.77d