IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN L. DECKER,

    Plaintiff,                    No. 2:07-cv-1379 FCD JFM (PC)

    vs.

BRONZON YSLAS,                 ORDER

    Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 17, 2008, plaintiff filed a second motion for appointment of counsel.

        The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

On November 18, 2008 defendants sought clarification of this court's scheduling order which requires filing of pretrial statements prior to the resolution of defendants' motion for summary judgment.  Good cause appearing, the November 28, 2008 pretrial conference is vacated, and the parties are relieved of their obligation to file pretrial statements at this time.  A new pretrial conference date will be set by the district court in its order addressing the November 6, 2008 findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's November 17, 2008 motion for appointment of counsel (#39) is denied.

2. The November 28, 2008 pretrial conference is vacated.

DATED:  November 20, 2008.

UNITED STATES MAGISTRATE JUDGE

001; deck1379.31