IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN L. DECKER,

        Plaintiff,                    No. 2:07-cv-1379 FCD JFM (PC)

    vs.

BRONZON YSLAS,

        Defendant.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 6, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 6, 2008, are adopted in full;

2. Defendant's motion for summary judgment, filed on August 12, 2008, is granted in part and denied in part:

    A. Defendant Yslas is granted summary judgment as to plaintiff's allegation that he sustained injury to his hip during the use of force on March 3 or 4, 2007;

    B. Defendant Yslas is granted summary judgment as to plaintiff's claim for mental damages; and

    C. In all other respects, defendant's motion for summary judgment is denied.

DATED: December 1, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE